JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LILIAN AGUILAR, | Case No. 2:18-CV-00951-AB-FFM |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION TO DISMISS CASE** |
| v. | |
| FORD MOTOR COMPANY; and DOES 1 through 10, inclusive, | |
| Defendants. | |

- 1 -

Based on the Parties' joint stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and good cause appearing, the Court **GRANTS** the joint stipulation. Accordingly, the Court **DISMISSES** with prejudice the Complaint as to all parties and claims. The Clerk of Court shall terminate the case.

**IT IS SO ORDERED**

Dated:  11/27/2018

_____
United States District Judge

2:18-CV-00951-AB-FFM